**Morgan, Lewis & Bockius LLP**

Anne Marie Estevez (*admitted pro hac vice*)
Sharon A. Lisitzky (*admitted pro hac vice*)
200 South Biscayne Boulevard
5300 Wachovia Financial Center
Miami, FL  33131-2339
Tel.  (305) 415-3330
Fax.  (877) 432-9652

Sarah E. Bouchard (*admitted pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Tel. (215) 963-5077
Fax.  (877) 432-9652

Samuel S. Shaulson
101 Park Avenue
New York, NY 10178
Tel.  (212) 309-6000
Fax. (877) 432-9652

Attorneys for Defendant Washington Mutual Bank

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEWONE WESTERFIELD, CHARLOTTE MACHADO, PATRICIA KEMESIES, SAMUEL SANCHEZ, and STEPHEN CAGNACCI on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs<br><br>- against -<br><br>WASHINGTON MUTUAL BANK,<br><br>Defendant. | Civ. No. 06-CV-2817 (CBA)(JMA) |

### DEFENDANT WASHINGTON MUTUAL BANK'S NOTICE OF MOTION AND MOTION TO DISMISS AND TO STRIKE FED. R. CIV. P. 23 CLASS ALLEGATIONS

1-MI/584585.1

PLEASE TAKE NOTICE that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law, Defendant WASHINGTON MUTUAL BANK ("WMB"), formerly known as Washington Mutual Bank, FA, will move this Court before the Honorable Carol B. Amon, United States District Judge, on a date and time to be designated by the Court, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 12201, for an Order granting Defendant's Motion to Dismiss several claims in the Corrected First Amended Class Action and Collective Action Complaint ("the Complaint") filed by Plaintiffs Dewone Westerfield, Charlotte Machado, Patricia Kemesies, Samuel Sanchez, and Stephen Cagnacci (collectively, "Plaintiffs"), and striking Plaintiffs' Fed. R. Civ. P. 23 class allegations under the labor and wage and hour laws of New York, California, Illinois and New Jersey.

## MOTION

Plaintiffs have filed an action asserting eight separate counts against WMB.  In the First Claim for Relief – the only federal claim asserted in the Complaint – Plaintiffs Westerfield, Kemesies, Sanchez and Cagnacci allege violations of the FLSA on behalf of a purported nationwide opt-in class of current and former loan consultants.  Compl. at ¶¶22, 64-75.  In particular, these plaintiffs assert that WMB violated the FLSA by failing to compensate non-exempt employees at a rate of time and a half for hours worked in excess of forty per week; failing to pay the minimum wage of $5.15 per hour for every hour worked; and failing to keep and preserve records with respect to its employees' wages, hours, and other conditions of employment.  *Id*. at ¶¶67-72.

The remaining claims for relief purport to assert individual and class claims under various state laws.  In the Second Claim for Relief, Plaintiff Kemesies asserts violations of New

York Labor Law Article 19, §§ 650, *et seq.*, and the supporting New York State Department of Labor Regulations, 12 N.Y.C.R.R. Part 142 (collectively, "the New York Labor Law"), on behalf of herself and a purported Rule 23 class.  In the Third, Fourth, Fifth and Sixth Claims for Relief, Plaintiff Machado asserts claims, for herself and a Rule 23 class, under Cal. Labor Code §§ 201-203, 226, 1174, 1174.5, 1182.11 and 1194; Cal. Wage Order No. 4; and the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §17200, *et seq.*  In the Seventh Claim for Relief, Plaintiff Westerfield asserts claims, for himself and a purported Rule 23 class, under the Illinois Minimum Wage Law, 820 Ill. Comp. Stat. § 115/1, *et seq.*, and the Illinois Administrative Code, § 210.100, *et. seq.*  Likewise, in the Eighth Claim for Relief, Plaintiff Cagnacci asserts violations of the New Jersey Wage and Hour Law, N.J.S.A. 34:11-56a, *et seq.*, and supporting New Jersey State Department of Labor and Workforce Development regulations, on behalf of himself and a purported Rule 23 class.

WMB hereby moves to dismiss Plaintiffs' purported state class claims asserted in the Second, Third, Fourth, Fifth, Sixth, Seventh, and Eighth Claims for Relief because they violate the Rules Enabling Act, 28 U.S.C. § 2072(b).  Alternatively, WMB asks the Court to exercise its discretion and decline to assert supplemental jurisdiction over Plaintiffs' state law claims, because the state law issues predominate over those in the FLSA claim.  WMB also requests that the Court dismiss Plaintiff Kemesies' New York class claims as violative of CPLR § 901(b), and dismiss the California state claims of Plaintiff Machado that are time-barred, against public policy, or that otherwise fail to state a viable claim for relief.  The grounds for WMB's motion are set forth in the accompanying Memorandum of Law In Support of WMB's Motion to Dismiss and to Strike Fed. R. Civ. P. 23 Class Allegations.

Dated this 22nd day of September, 2006.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: /s/_Anne Marie Estevez

Anne Marie Estevez (*admitted pro hac vice*)
Sharon A. Lisitzky (*admitted pro hac vice*)
200 South Biscayne Boulevard
5300 Wachovia Financial Center
Miami, FL  33131-2339
Tel.  (305) 415-3330

Sarah Bouchard (admitted pro hac vice)
1701 Market Street
Philadelphia, PA  19103
Tel. (215) 963-5077

Samuel S. Shaulson (SS-0460)
101 Park Avenue
New York, NY 10178
Tel. (212) 309-6000

Counsel for Defendant Washington Mutual Bank

## AFFIRMATION OF SERVICE

I HEREBY AFFIRM that I caused to be served upon counsel listed below a true and

correct copy of Defendant's Notice of Motion and Motion to Dismiss and to Strike Fed. R. Civ.

P. 23 Class Allegations, via facsimile and regular mail, on the 22nd day of September 2006; and

electronically filed same with the Clerk of the Court using the CM/ECF system on October 20,

2006.  Notice will automatically be electronically mailed to the following individuals who are

registered with the U.S. District Court CM/ECF System:on:

Adam T. Klein, Jack A. Raisner, Justin M. Swartz, and Cara E. Greene
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY  10016

1-MI/584585.1                                                4

Donald H. Nichols, Paul J. Lukas, and Michele R. Fisher
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402

Attorneys for Plaintiffs

/s Anne Marie Estevez
Anne Marie Estevez, Esq.