OUTTEN & GOLDEN LLP
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Carmelyn P. Malalis (CM 3350)
Lauren E. Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

NICHOLS KASTER, PLLP
Donald H. Nichols, MN Bar No. 78918
(admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(admitted *pro hac vice*)
Tim Selander, MN Bar No. 0387016
(*admitted pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, M 55402
Telephone: (612) 256-3200


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEWONE WESTERFIELD, CHARLOTTE MACHADO, JOHN MCMACKIN, NICOLE MCMACKIN, TRIG MAGELSSEN, PATRICIA KEMESIES, SAMUEL SANCHEZ,  STEPHEN CAGNACCI, DERRICK RUDOLPH, JOHN RA, MARK JOHNSON, LOUISE KAPLAN, RAFAEL GUTIERREZ, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK,<br><br>Defendant. | No. 06-CV-2817 (CBA)(JMA) |

CESAR C. JORDAN, individually and on behalf of all other similarly situated employees,

      Plaintiffs,

  v.

WASHINGTON MUTUAL Bank,

      Defendant.

No. 08 Civ. 00287 (CBA)(JMA)

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT AND <u>CLASS ACTION SETTLEMENT PROCEDURE</u>**

For the reasons set forth in the Memorandum of Law in support of the Plaintiffs' Motion for Preliminary Approval of Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement and Class Action Settlement Procedure ("Motion for Preliminary Approval") and in the Declaration of Adam T. Klein in Support of Plaintiffs' Motion for Preliminary Approval ("Klein Dec."), Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Stipulation and Settlement Agreement ("Settlement Agreement"), attached as Exhibit 1 to the Declaration of Adam T. Klein in Support of Plaintiffs' Motion for Preliminary Approval of Settlement ("Klein Dec.");

(2) provisionally certifying the proposed settlement classes under Rule 23(e) of the Federal Rules of Civil Procedure in connection with the settlement process;

(3) appointing Nichols Kaster, PLLP and Outten & Golden LLP as Co-Lead Class

Counsel;

(4) approving the Proposed Notice of Settlement of Class Action Lawsuit and Fairness Hearing ("Notice"), attached as Exhibit A to the Motion for Preliminary Settlement Approval, and direct its distribution;

(5) approving the proposed class action settlement procedure; and

(6) dismissing with prejudice the action, *Jumapao v. Washington Mutual Bank*, 07-cv-5095 (CBA)(JMA), pursuant to the stipulation of the Parties and the Court's Orders of December 21, 2007 (Dkt. 218) and September 19, 2008 (Dkt. 325).

\*       \*       \*

Plaintiffs have contemporaneously submitted a proposed Notice of Class Action Settlement, attached hereto as Exhibit A and a Proposed Order, attached hereto as Exhibit B, for the Court's convenience.

Dated: June 19, 2009
      New York, New York

Respectfully submitted,

**OUTTEN & GOLDEN LLP**


/s/ Adam T. Klein

Adam T. Klein (AK 3293)

Jack A. Raisner (JR 6171)

Carmelyn P. Malalis (CM 3350)

Lauren E. Schwartzreich (LS 8260)

3 Park Avenue, 29th Floor

New York, New York 10016

Telephone:  (212) 245-1000


**NICHOLS KASTER, PLLP**

Donald H. Nichols, MN Bar No. 78918

(admitted *pro hac vice*)

Paul J. Lukas, MN Bar No. 22084X

(admitted *pro hac vice*)

Tim C. Selander, MN Bar No. 0387016

(*admitted pro hac vice*)

4600 IDS Center, 80 South 8th Street

Minneapolis, MN 55402

Telephone: (612) 256-3200


**Attorneys for Plaintiffs and the Class**

4