OUTTEN & GOLDEN LLP
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Carmelyn P. Malalis (CM 3350)
Lauren E. Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

NICHOLS KASTER, PLLP
Donald H. Nichols, MN Bar No. 78918
(admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(admitted *pro hac vice*)
Tim C. Selander, MN Bar No. 0387016
(*admitted pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEWONE WESTERFIELD, CHARLOTTE MACHADO, JOHN MCMACKIN, NICOLE MCMACKIN, TRIG MAGELSSEN, PATRICIA KEMESIES, SAMUEL SANCHEZ,  STEPHEN CAGNACCI, DERRICK RUDOLPH, JOHN RA, MARK JOHNSON, LOUISE KAPLAN, RAFAEL GUTIERREZ, on behalf of themselves and classes of those similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK,<br><br>                    Defendant. | No. 06-CV-2817 (CBA)(JMA) |

1

CESAR C. JORDAN, individually and on behalf
of all other similarly situated employees,

                            Plaintiffs,

     v.

WASHINGTON MUTUAL BANK,

                         Defendant.

No. 08 Civ. 00287 (CBA)(JMA)

**NOTICE OF MOTION FOR CERTIFICATION OF
SETTLEMENT CLASSES AND FINAL APPROVAL OF
A CLASS ACTION SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Settlement Class and Final Approval of a Class Action Settlement, and in the Declaration of Adam T. Klein in Support of Plaintiffs' Motion ("Klein Dec."), Plaintiffs respectfully request that the Court enter an Order:

1.      certifying the settlement classes;

2.      approving as fair and adequate the class wide settlement of this action, as set forth in the Joint Stipulation of Settlement and Release ("Settlement Agreement") attached as Exhibit A to the Declaration of Adam T. Klein in Support of Plaintiffs' Motion for Final Approval of Settlement; and

3.      dismissing the actions with prejudice.

                          *     *     *

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as

2

Exhibit A, for the Court's convenience.


Dated:  September 21, 2009
      New York, New York

Respectfully submitted,
**OUTTEN & GOLDEN LLP**
By:

  /s/ Adam T. Klein      
Adam T. Klein (AK 3293)

OUTTEN & GOLDEN LLP
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Carmelyn P. Malalis (CM 3350)
Lauren E. Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

NICHOLS KASTER, PLLP
Donald H. Nichols, MN Bar No. 78918
(admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(admitted *pro hac vice*)
Tim Selander, MN Bar No. 0387016
(*admitted pro hac vice*)
 4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200

3