OUTTEN & GOLDEN LLP
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Carmelyn P. Malalis (CM 3350)
Lauren E. Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

NICHOLS KASTER, PLLP
Donald H. Nichols, MN Bar No. 78918
(admitted *pro hac vice*)
Paul J. Lukas, MN Bar No. 22084X
(admitted *pro hac vice*)
Tim C. Selander, MN Bar No. 0387016
(*admitted pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEWONE WESTERFIELD, CHARLOTTE MACHADO, JOHN MCMACKIN, NICOLE MCMACKIN, TRIG MAGELSSEN, PATRICIA KEMESIES, SAMUEL SANCHEZ,  STEPHEN CAGNACCI, DERRICK RUDOLPH, JOHN RA, MARK JOHNSON, LOUISE KAPLAN, RAFAEL GUTIERREZ, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK,<br><br>Defendant. | No. 06-CV-2817 (CBA)(JMA) |

CESAR C. JORDAN, individually and on behalf of all other similarly situated employees,

                    Plaintiffs,

    v.

WASHINGTON MUTUAL BANK,

                    Defendant.

No. 08 Civ. 00287 (CBA)(JMA)

**NOTICE OF UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards and in the Declaration of Adam T. Klein in Support thereof and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)      awarding attorneys' fees in the amount of $11,400,000 from the Settlement Fund;

(2)      reimbursing Co-Lead Class Counsel expenses in the amount of $352,510.90; and

(3)      awarding enhanced payments for the Named Plaintiffs of $10,000 each, deposed plaintiffs of $1,000 each, and three plaintiffs that provided time, information, and documents that was particularly beneficial to the class of $1,000 each.

*     *     *

Plaintiffs have contemporaneously submitted a Proposed Order, attached as Exhibit A to the Notice of Motion for Approval of Settlement Class and Final Approval of a Class Action Settlement for the Court's convenience.

2

3

Dated:  September 21, 2009
        New York, New York

                                      Respectfully submitted,
                                        **OUTTEN & GOLDEN LLP**
                                        By:

                                          /s/ Adam T. Klein
                                        Adam T. Klein (AK 3293)

                                        OUTTEN & GOLDEN LLP
                                        Adam T. Klein (AK 3293)
                                        Jack A. Raisner (JR 6171)
                                        Carmelyn P. Malalis (CM 3350)
                                        Lauren E. Schwartzreich (LS 8260)
                                        3 Park Avenue, 29th Floor
                                        New York, New York 10016
                                        Telephone:  (212) 245-1000

                                        NICHOLS KASTER, PLLP
                                        Donald H. Nichols, MN Bar No. 78918
                                        (admitted *pro hac vice*)
                                        Paul J. Lukas, MN Bar No. 22084X
                                        (admitted *pro hac vice*)
                                        Tim Selander, MN Bar No. 0387016
                                        (*admitted pro hac vice*)
                                       4600 IDS Center, 80 South 8th Street
                                        Minneapolis, Minnesota 55402
                                        Telephone: (612) 256-3200

3